JS-6

# UNTIED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

| | |
|---|---|
| ARNEL MANAGEMENT COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLINA GOLETA, ROSELIVIA FLORES, VIRGINO ZAMORAL, ASHER HECHT, and PABLO HERNANDEZ.<br><br>Defendants. | Case No.: 8:23-cv-00852-DOC-KES<br>Judge: Hon. David O. Carter<br><br>**ORDER GRANTING EX PARTE APPLICATION TO REMAND [8]** |

Upon considering the Ex Parte Application filed by Plaintiff ARNEL MANAGEMENT COMPANY, and all supporting declarations and papers and good cause appearing therefore;

IT IS HEREBY ORDERED:

The Federal Court does not have jurisdiction over this matter and the matter is hereby remanded to state court.

Dated: May 31, 2023

*/s/ David O. Carter*
_____
Hon. David O. Carter